JOHN ROLAND ALFREE, Appellant, v. THE STATE OF DELAWARE, Appellee.

(*September* 13, 1963.)

TERRY, C. J., WOLCOTT and CAREY, J. J., sitting.

*Grover C. Brown* (of Brown and Brown) for appellant.

*John Behen Maybee*, Deputy Attorney-General, for the State.

Supreme Court of the State of Delaware, No. 26, 1963.

PER CURIAM.

This appellant was tried on information in the Family Court of Kent County upon a charge of bastardy under 13 *Del. C.* § 1321. From his conviction he appealed to the Superior Court where a new information was filed charging him with the nonsupport of an illegitimate child under 13 *Del. C.* § 502. From his conviction on this dif-

ferent information he appealed to this Court on the ground that the Superior Court was without jurisdiction to try him on an entirely different information from that on which he was tried in the Family Court.

We consider this appeal governed by *State v. Harris,* 6 Terry 377, 75 A.2d 214, and *Harris v. State,* 7 Terry 111, 82 A.2d 387, two decisions of the Superior Court upon this point. We accept the rulings of these two cases and approve them as the law of this State.

Accordingly, the judgment below is reversed.